**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eligio CHAVEZ–MONTES,**
**Defendant–Appellant.**

**No. 09–10118.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Kenneth Sorenson, Assistant U.S., Chris Alan Thomas, Assistant U.S., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

864

Walter J. Rodby, Honolulu, HI, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Eligio Chavez–Montes appeals from the 18–month sentence imposed following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Chavez–Montes contends that his sentence is unreasonable because the district court failed to consider the 18 U.S.C. § 3553(a) factors and make an individualized assessment based on the facts of his case. The record indicates that the district court did not procedurally err, and that Chavez–Montes' sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).